IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES W. BORING and ANGELA BORING, | Civil Action No.: 2:08 1574 |
| Plaintiffs, | HONORABLE ALAN N. BLOCH |
| v. | |
| CABELA'S INC., | |
| Defendant, | |
| v. | |
| BBK ENTERPRISES, INC. and BBK HUNTING SYSTEMS, | |
| Third Party Defendants. | |

## ORDER OF COURT

AND NOW this ___25th___ day of February, 2011, upon consideration of the foregoing Joint Motion to Continue Trial Date, it is hereby ORDERED that ~~the trial of~~ this case ~~will begin on June xxxx 2011x~~ is placed on the July 2011 trial list.

BY THE COURT:

s|Alan N. Bloch        , J.